UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ian Curran,<br><br>  Plaintiff,<br>v.<br><br>National Credit Adjusters, L.L.C.,<br><br>  Defendant. | Civil Action No.: 1:10-cv-10129-LTS |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Plaintiff, Ian Curran, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(A)(i).

Dated: March 22, 2010

Respectfully submitted,

By: /s/ Sergei Lemberg

Sergei Lemberg (Bar No. 650671)
Lemberg & Associates L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2010, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system:

By: /s/ Sergei Lemberg
Sergei Lemberg, Esq.
